JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  jacob.bundick@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUET F. WONG;<br><br>         Plaintiff,<br><br>vs.<br><br>COUNTRY WIDE BANK FS.B BAC HOME LOANS SERVICING, LP, MERSCORP, INC., a Virginia Corporation, MORTGAGE ELECTRONIC REGISTRATION, SYSTEM, INC., a Subsidiary of MERSCORP, INC., a Delaware Corporation; DOES I-X, ROE CORPORATIONS I-X,<br><br>         Defendants. | Case No.  2:13-cv-01438-JCM-CWH<br><br>**SUBSTITUTION OF COUNSEL** |

Jonathan B. Owens, Esq., of the law firm ALVERSON TAYLOR MORTENSEN & SANDERS, consents to the substitution of Jacob D. Bundick, Esq. and Natalie L. Winslow, Esq., of the law firm AKERMAN SENTERFITT LLP, in its place and on behalf of defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic

//

//

//

{27174692;1}                                                 1

Registration Systems, Inc.

Dated this 2ᴰ day of ~~September~~ October, 2013.

ALVERSON TAYLOR MORTENSEN & SANDERS

_____
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117

Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, consents to the substitution of AKERMAN SENTERFITT LLP in the place and stead of ALVERSON TAYLOR MORTENSEN & SANDERS as its counsel in this matter.

DATED this 27 day of September, 2013.

BANK OF AMERICA, N.A.
By: _____
Brieanne Sirwan
Its: AVP; Sr. Operations Manager

Mortgage Electronic Registration Systems, Inc. consents to the substitution of AKERMAN SENTERFITT LLP in the place and stead of ALVERSON TAYLOR MORTENSEN & SANDERS as its counsel in this matter.

DATED this 27 day of September, 2013.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
By: _____
Brieanne Sirwan
Its: Assistant Secretary

Jacob D. Bundick, Esq. and Natalie L. Winslow, Esq., of the law firm of AKERMAN SENTERFITT LLP, consent to their substitution as counsel for defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration Systems, Inc. in the place and stead of Jonathan B. Owens, Esq. of the law firm of

ALVERSON TAYLOR MORTENSEN & SANDERS

DATED this 3rd day of October, 2013.

AKERMAN SENTERFITT LLP

_____
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

{27174692;1}

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 3 day of ~~May~~ October, 2013 and pursuant to Fed. R. Civ. P. 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL**, postage prepaid and addressed to:

Suet F. Wong
5402 Night Swim Lane
Las Vegas, NV 89113
*Plaintiff Pro Se*

/s/ *Aloira Nuñez*
An employee of AKERMAN SENTERFITT LLP

IT IS SO ORDERED.

DATED: This 4th day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

{27174692;1}

4